Ryan Lee SBN (024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
SUSAN LAMS

Cynthia Fulton
Fulton, Fridman & Gullace LLP
2435 E. Thomas Rd. Suite 460
Phoenix, AZ 85016
Tel: 602-748-4331
Fax: 602-254-3788
Cynthia.fulton@fultonfriedman.com
Attorneys for Defendant
ACCOUNTS RECEIVABLE MANAGEMENT, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Lams,<br><br>                              Plaintiff,<br><br>v.<br><br>Accounts Receivable Management, Inc.<br>                              Defendant. | No.  CV 09-0892-PHX-LOA<br><br>**JOINT PROPOSED VOIR DIRE** |

Plaintiff, SUSAN LAMS (Plaintiff), through her attorneys, Krohn & Moss, Ltd., and ACCOUNTS RECEIVABLE MANAGEMENT, INC., through its attorneys, Fulton Friedman, and Gullace, LLP, and pursuant to this Honorable Court's Scheduling Order, submits the following Voir Dire Questions:

1. **Plaintiff's requested Voir Dire question 1:** Are there any individuals who are or have been engaged in or employed by a business which collects debts or who have family

members or close friends who are engaged in or employed by a business which collects debts?

2. **Plaintiff's requested Voir Dire question 2:** Are there any individuals who are or have been employed by a collection agency, or who have family members or close friends who are or have been employed by a collection agency?

3. **Plaintiff's requested Voir Dire question 3:** Are there any individuals who are or have been employed by a business or individual which extends or collects credit, or who have family members or close friends who are or have been employed by a business or individual which extends or collects credit?

4. **Plaintiff's requested Voir Dire question 4:** If you determine that the debt collector has violated the Fair Debt Collection Practices Act, would you, for any reason, be unable to award statutory damages as instructed by the Court.

5. **Defendant's requested Voir Dire question 1:** Do you know anyone who works or worked for Accounts Receivable Management, Inc.?

6. **Defendant's requested Voir Dire question 2:** Are there any individuals who have been contacted by a collection agency with regard to a debt they owe or owed?

7. **Defendant's requested Voir Dire question 3:** Are there any individuals who have family members or close friends who have been contacted by a collection agency with regard to a debt they owe or owed?

8. **Defendant's requested Voir Dire question 4:** If you determine that no violation of the Fair Debt Collection Practices Act, would you feel obligated nonetheless to award damages to the Plaintiff?

9.  **Defendant's requested Voir Dire question 5:**  Do you feel that for any reason we have not discussed, you could not hear this case and render a verdict that would be fair to both the Defendant and the Plaintiff under the evidence that may be presented?

Respectfully Submitted,

Submitted,

DATED:  July 9, 2010                KROHN & MOSS, LTD.


By: /s/ Ryan Lee                                                  _
                                                Ryan Lee
                                                Attorney for Plaintiff



Respectfully Submitted,

DATED:  July 9, 2010                FULTON, FRIEDMAN & GULLACE LLP.


By:/s/  Cynthia Fulton                                       _
                                                Cynthia Fulton
                                                Attorney for Defendant

JOINT VOIR DIRE QUESTIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT VOIR DIRE QUESTIONS