Ryan Lee SBN (024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
SUSAN LAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Lams,<br><br>                             Plaintiff,<br><br>v.<br><br>Accounts Receivable Management, Inc.<br>                             Defendant. | No.  CV 09-0892-PHX-LOA<br><br>**PLAINTIFF'S PROPOSED FORM OF VERDICT** |

   Plaintiff, SUSAN LAMS (Plaintiff), through her attorneys, Krohn & Moss, Ltd., pursuant to this Honorable Court's Scheduling Order submits the following Proposed Form of Verdict:

///

///

///

///

///

///

**Regarding the allegations made under the FDCPA:**

You should answer yes or no to each question by checking the appropriate space. In answering the following questions you are to view the alleged violations of the FDCPA from the least sophisticated consumer standard.

1. Did Defendant violate *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse the Plaintiff.

    Yes:_____    No:_____

2. Did Defendant violate *§1692d(5)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    Yes:_____    No:_____

3. Did Defendant violate *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    Yes:_____    No:_____

4. Did Defendant violate *§1692f* of the FDCPA by using unfair or unconscionable means to collect or attempt to collect any debt.

    Yes:_____    No:_____

If you answered yes to any one of the four allegations above, you may award statutory damages to Plaintiff. If you answered no to all of the questions above, then you do not need to consider damages. Under the FDCPA, you may award statutory damages to Plaintiff in an amount not to exceed $1,000.00. In determining the amount of statutory damages to be awarded, whether $1.00 or up to and including $1,000.00, the FDCPA provides that the jury shall consider among other relevant factors, the frequency and persistence of noncompliance by Defendant, the nature of such noncompliance, and the extent to which noncompliance was unintentional.

Regarding Plaintiff's allegations that Defendant violated the FDCPA, select one of the following two options:

_____We find in favor of Plaintiff and against Defendant, and award damages to Plaintiff in the amount of $_____

_____We find in favor of Defendant and against Plaintiff.

| | |
|---|---|
| DATED: July 9, 2010 | KROHN & MOSS, LTD. |
| | By: /s/ Ryan Lee |
| | Ryan Lee<br>Attorney for Plaintiff |

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25