Ryan Lee SBN (024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
SUSAN LAMS

Cynthia Fulton
Fulton, Fridman & Gullace LLP
2435 E. Thomas Rd. Suite 460
Phoenix, AZ 85016
Tel: 602-748-4331
Fax: 602-254-3788
Cynthia.fulton@fultonfriedman.com
Attorneys for Defendant
ACCOUNTS RECEIVABLE MANAGEMENT, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Lams,<br><br>                              Plaintiff,<br><br>v.<br><br>Accounts Receivable Management, Inc.<br>                              Defendant. | No.  CV 09-0892-PHX-LOA<br><br>**JOINTLY SUBMITTED DESCRIPTION OF THE CASE TO BE READ TO THE JURY** |

    Plaintiff, SUSAN LAMS (Plaintiff), and Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC, (Defendant), and pursuant to this Court's Scheduling Order, jointly submit the following Case Statement:

///

///

- 1 -

**JOINTLY SUBMITTED CASE STATEMENT PURSUANT TO THIS COURT'S SCHEDULING ORDER**

1  Plaintiff, SUSAN LAMS, brought this lawsuit against Defendant, ACCOUNTS
2  RECEIVABLE MANAGEMENT, INC. alleging that ACCOUNTS RECEIVABLE
3  MANAGEMENT, INC. violated the Fair Debt Collection Practices Act. ACCOUNTS
4  RECEIVABLE MANAGEMENT, INC. denies SUSAN LAMS' allegations.

                              Respectfully Submitted,

DATED: July 9, 2010           KROHN & MOSS, LTD.


                              By: /s/ Ryan Lee

                              Ryan Lee
                              Attorney for Plaintiff



                              Respectfully Submitted,

DATED: July 9, 2010           FULTON, FRIEDMAN & GULLACE LLP.


                              By:/s/

                              Cynthia Fulton
                              Attorney for Defendant

- 2 -

**JOINTLY SUBMITTED CASE STATEMENT PURSUANT TO THIS COURT'S SCHEDULING ORDER**