```
          FILED   ___ LODGED
   ___ RECEIVED  ___ COPY

          SEP 1 5 2010

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Lams,<br><br>    Plaintiff,<br><br>vs.<br><br>Accounts Receivable Management, Inc.,<br><br>    Defendant. | No. CV-09-0892-PHX-LOA<br><br>**VERDICT**<br><br>(Redacted - Juror Signature) |

**Regarding the allegations made under the FDCPA:**

You should answer yes or no to each question by checking the appropriate space. In answering the following questions you are to view the alleged violations of the FDCPA from the least sophisticated consumer standard.

1. Did Defendant violate *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse the Plaintiff.

    Yes:_____      No:___X_____

2. Did Defendant violate *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

   Yes:_____   No:___✗___

3. Did Defendant violate *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

   Yes:_____   No:___✗___

4. Did Defendant violate *§1692f* of the FDCPA by using unfair or unconscionable means to collect or attempt to collect any debt.

   Yes:_____   No:___✗___

If you answered yes to any one of the four allegations above, Defendant may not be held liable in this action brought under the FDCPA if Defendant shows by a preponderance of evidence that the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

   Yes: _____   No: _____

If you answer the foregoing question yes, you need not continue and you must find for Defendant.

If you answered yes to any one of the four allegations above, you may award statutory damages to Plaintiff. If you answered no to all of the questions above, then you do not need to consider damages. Under the FDCPA, you may award statutory damages to Plaintiff in an amount not to exceed $1,000.00. In determining the amount of statutory damages to be awarded, the FDCPA provides that the jury shall consider among other

relevant factors, the frequency and persistence of noncompliance by Defendant, the nature of such noncompliance, and the extent to which noncompliance was unintentional.

Regarding Plaintiff's allegations that Defendant violated the FDCPA, select one of the following two options:

_____We find in favor of Plaintiff and against Defendant, and award damages to Plaintiff in the amount of $_____

__X__ We find in favor of Defendant and against Plaintiff.

\_\_\_\_\_#5\_\_\_\_\_          \_\_\_\_\_9/15/10\_\_\_\_\_
(Presiding Juror Name and #)                Date