## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Lams, | |
|        Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| | CV 09-892-PHX-LOA |
| Accounts Receivable Management, Inc., | |
|        Defendant. | |

__X__  **Jury Verdict(s).**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

____  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED and ADJUDGED that pursuant to the Jury Verdict entered September 15, 2010, judgment is entered in favor of Defendant Accounts Receivable Management, Inc. and against Plaintiff Susan Lams. Plaintiff to take nothing, and the complaint and action are dismissed.

  September 17th    2010  
   Date

RICHARD H. WEARE  
District Court Executive/Clerk

  s/ Kathy M. Gerchar  
cc: (all counsel)                                      (By) Kathy M. Gerchar, Deputy Clerk